UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : Mag. No. 20-6003 (DEA) |
| v. | : Hon. Douglas E. Arpert |
| ERIC BERNING | : **SEALING ORDER** |

This matter having been brought before the Court upon application of Craig Carpenito, the United States Attorney for the District of New Jersey, Michelle S. Gasparian, Assistant United States Attorney, appearing), for an order sealing the Complaint and Arrest Warrants issued on this date, and for good cause shown,

IT IS on this 24TH day of August, 2020,

ORDERED that the Complaint, Arrest Warrants and all related documents, except as necessary to effectuate the arrest of the defendants, be and hereby are sealed until the arrest of any defendant or until further Order of this Court.

_____
Honorable Douglas E. Arpert
United States Magistrate Judge