IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES | * | |
| | * | |
| v. | * | CRIM. NO. 20-MJ-6003(DEA) |
| | * | |
| ERIC BERNING | * | |
| | * | |

*****

**ORDER REGARDING USE OF VIDEO CONFERENCING/TELECONFERENCING**

In accordance with Standing Order 2020-06, this Court finds:

**☑** That the Defendant (or the Juvenile) has consented to the use of video teleconferencing/teleconferencing to conduct the proceeding(s) held today, after consultation with counsel; and

The proceeding(s) held on this date may be conducted by:

**☑** Video Teleconferencing

**☐** Teleconferencing, because video teleconferencing is not reasonably available for the following reason:

  **☐** The Defendant (or the Juvenile) is detained at a facility lacking video teleconferencing capability.

  **☐** Other:

Date: 1/21/2021

_____
Honorable Douglas E. Arpert
United States Magistrate Judge