## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Douglas E. Arpert |
| | : | |
| v. | : | Mag. No. 20-6003 (DEA) |
| | : | |
| ERIC BERNING, | : | **ORDER FOR A CONTINUANCE** |

This matter having come before the Court on the joint application of
Rachael A. Honig, Acting United States Attorney for the District of New Jersey
(by Michelle S. Gasparian, Assistant United States Attorney), and defendant
Eric Berning, (by Marco A. Laracca, Esq.), for an order granting a continuance
of the proceedings in the above-captioned matter from the date this Order is
signed through September 16, 2021 to permit defense counsel the reasonable
time necessary for effective preparation in this matter and to allow the parties
to discuss the matter and conduct plea negotiations in an effort to resolve the
case before grand jury proceedings and trial; and the defendant being aware
that he has the right to have the matter submitted to a grand jury within 30
days of the date of his arrest pursuant to Title 18, United States Code, Section
3161(b); and two prior continuances having been entered; and the defendant,
through his attorney, having consented to the continuance; and for good and
sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be
continued for the following reasons:

(1)     The parties anticipate exchanging discovery and entering into plea negotiations, which would render any grand jury proceedings and any subsequent trial of this matter unnecessary;

(2)     The failure to grant such a continuance would deny counsel for the defendant or the attorney for the government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence;

(3)     The defendant has consented to the aforementioned continuance;

(4)     The grant of a continuance will likely conserve judicial resources; and

(5)     Pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, it is on this 21st day of June, 2021;

ORDERED that this action be, and it hereby is, continued from the date this Order is signed through September 16, 2021; and it is further

ORDERED that the period from the date this Order is signed through September 16, 2021 shall be excludable in computing time under the Speedy Trial Act of 1974.

_____
HON. DOUGLAS E. ARPERT
United States Magistrate Judge


Form and entry consented to:


s/*Michelle S. Gasparian*
_____
Michelle S. Gasparian
Assistant United States Attorneys


s/*Marco A. Laracca*
_____
Marco A. Laracca, Esq.
Counsel for Defendant, Eric Berning