UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Douglas E. Arpert |
| Plaintiff, | : | |
| v. | : | Mag. No. 20-6003 |
| ERIC BERNING | : | |
| | | CONSENT ORDER MODIFYING |
| Defendant | : | CONDITIONS OF PRETRIAL RELEASE |

This matter having been brought before the Court on the application of Eric Berning, (by Marco A. Laracca, Esq.), and the Acting United States Attorney for the District of New Jersey, (by Michelle S. Gasparian, Assistant United States Attorney) consenting, and the United States Pretrial Services Office (by Pretrial Services Officer Lura Jenkins) having no objection to this application; and

WHEREAS, On January 26, 2021 bail release conditions were imposed by the Honorable Douglas E. Arpert, United States Magistrate Judge; and

WHEREAS those bail conditions require, among other thing conditions, home incarceration; and

WHEREAS Mr. Berning has successfully complied with the previously imposed bail conditions; and for good cause shown;

IT IS THE FINDING OF THIS COURT

On this __6th__ day of December, 2021, that the bail conditions shall be modified from home incarceration to home detention.

All other conditions of bail shall remain the same.

_____
Hon. Douglas E. Arpert
United States Magistrate Judge