UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATE OF AMERICA<br><br>v.<br><br>ERIC BERNING,<br><br>Defendant. | Case No. 3:20-mj-06003-DEA |

## ORDER MODIFYING CONDITIONS OF RELEASE

**THIS MATTER** having come before the Court on the application of Defendant Eric Berning, by and through his attorney, Marco A. Laracca, Esq., seeking an Order modifying conditions of his Pretrial Release, and the Office of Pretrial Services, by and through U.S. Pretrial Services Officer Lura Jenkins, having recommended and consented to such a modification based on Defendant's compliance with all conditions of home detention, and the Government, by and through Assistant United States Attorney Michelle S. Gasparian, having no objection; and for good and sufficient cause shown,

**IT IS THE FINDING OF THIS COURT** that Defendant's conditions of release should be modified in accordance with the recommendation of Pretrial Services based on Defendant's compliance with all conditions of home detention.

**WHEREFORE**, it is on this 23rd day of June, 2022

1

**ORDERED** that the conditions of Defendant's release be and are hereby modified from location monitoring home detention to location monitoring curfew as determined by Pretrial Services.

                                                                                        _____
                                                                                        HON. DOUGLAS E. ARPERT, U.S.M.J.

Form and entry consented to:

_____
Michelle S. Gasparian
Assistant United States Attorney

_____
Marco A. Laracca, Esq.
*Counsel for Defendant Eric Berning*