UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATE OF AMERICA<br><br>v.<br><br>ERIC BERNING,<br><br>Defendant. | Mag. No. 3:20-mj-06003 (DEA) |

**ORDER MODIFYING CONDITIONS OF RELEASE**

**THIS MATTER** having come before the Court on the application of Defendant Eric Berning, by and through his attorney, Marco A. Laracca, Esq., seeking an Order modifying conditions of his Pretrial Release, and the Office of Pretrial Services, by and through U.S. Pretrial Services Officer Lura Jenkins, having recommended and consented to such a modification based on Defendant's compliance with all of the conditions of location monitoring and curfew, and the Government, by and through Assistant United States Attorney Michelle S. Gasparian, having no objection; and for good and sufficient cause shown,

**IT IS THE FINDING OF THIS COURT** that Defendant's conditions of Pretrial Release should be modified to remove location monitoring as a condition of Pretrial Release. All other conditions previously ordered shall remain in place.

**WHEREFORE**, it is on this  24th  day of  February , 2023

1

**ORDERED** that the conditions of Defendant's Pretrial Release be and are hereby modified by removing location monitoring.

_____
HON. DOUGLAS E. ARPERT, U.S.M.J.

Form and entry consented to:

s/*Michelle S. Gasparian*
Michelle S. Gasparian
Assistant United States Attorney

s/*Marco A. Laracca*
Marco A. Laracca, Esq.
*Counsel for Defendant Eric Berning*